UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HORACE BRANCH,  :
 :
        Petitioner,  :  Civil No. 10-5933 (SDW)
 :
    v.  :  **ORDER**
 :
CINDY SWEENEY, et al.,  :
 :
        Respondents.  :

    Petitioner Horace Branch has presented for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an Application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

    Based upon Petitioner's affidavit of indigence, IT IS on this 14th day of January, 2011,

    ORDERED that Petitioner's application to proceed in forma pauperis is hereby GRANTED.

                                        s/Susan D. Wigenton
                                        Susan D. Wigenton
                                        United States District Judge